

A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Oct 16, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED OCT 1 6 2009

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 30, 2009

FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-15)

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 281 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 16, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                     MDL No. 1873

### SCHEDULE CTO-15 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC N/5 |
|---|---|---|---|---|
| **LOUISIANA WESTERN** | | | | |
| LAW | 1 | 09-1285 | Catherine Tircuit, et al. v. Vanguard Industries of Michigan, Inc., et al. | 09-6871 |
| LAW | 1 | 09-1349 | Charvayn Baptiste, et al. v. American Camper Manufacturing, LLC, et al. | 09-6872 |
| LAW | 2 | 09-1333 | Anthony Bruno, Jr., et al. v. Gulf Stream Coach, Inc., et al. | 09-6873 |
| LAW | 2 | 09-1334 | Charles Patterson, et al. v. Gulf Stream Coach, Inc., et al. | 09-6874 |
| LAW | 2 | 09-1335 | Darlene Stagg, et al. v. Gulf Stream Coach, Inc., et al. | 09-6875 |
| LAW | 2 | 09-1336 | Debra Guillory, et al. v. Gulf Stream Coach, Inc., et al. | 09-6876 |
| LAW | 2 | 09-1337 | Francis Anthony, et al. v. Gulf Stream Coach, Inc., et al. | 09-6877 |
| LAW | 2 | 09-1338 | Lillie Andrews, et al. v. Gulf Stream Coach, Inc., et al. | 09-6878 |
| LAW | 2 | 09-1516 | Jeanette Shepherd, et al. v. Gulf Stream Coach, Inc., et al. | 09-6879 |
| LAW | 6 | 09-1000 | Larry Williams, et al. v. Superior Homes, LLC, et al. | 09-6880 |
| LAW | 6 | 09-1006 | Sonia Joseph, et al. v. Alliance Homes, Inc., et al. | 09-6881 |
| LAW | 6 | 09-1019 | Leanna Griffin, et al. v. Alliance Homes, Inc., et al. | 09-6882 |
| LAW | 6 | 09-1177 | Lynelle Ellis, et al. v. Forest River, Inc., et al. | 09-6883 |
| LAW | 6 | 09-1312 | Glenda Massey, et al. Alliance Homes Inc., et al. | 09-6884 |
| LAW | 6 | 09-1340 | Tammy Herbert, et al. v. Gulf Stream Coach, Inc., et al. | 09-6885 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 09-509 | Mandy Carleen Allen, et al. v. Cavalier Home Builders, LLC, et al. | 09-6886 |
| MSS | 1 | 09-511 | Kristy Merwin, et al. v. Pilgrim International, Inc., et al. | 09-6887 |
| MSS | 1 | 09-512 | Roni Lynn Kelly, et al. v. R-Vision, Inc., et al. | 09-6888 |
| MSS | 1 | 09-514 | John Antoine, et al. v. Skyline Corp., et al. | 09-6889 |
| MSS | 1 | 09-515 | Mark Arthur Kline, et al. v. Starcraft RV, Inc., et al. | 09-6890 |
| MSS | 1 | 09-516 | Kolby Sean Hood, et al. v. Sunline Acquisition Co., Ltd., et al. | 09-6891 |
| MSS | 1 | 09-517 | Veronica R. Wright, et al. v. Thor California, Inc., et al. | 09-6892 |
| MSS | 1 | 09-518 | Cheryl Andrews, et al. v. Gulf Stream Coach, Inc., et al. | 09-6894 |
| MSS | 1 | 09-519 | Cheryl Andrews, et al. v. Heartland Recreational Vehicles,, et al. | 09-6895 |
| MSS | 1 | 09-520 | Dora Ann Greco, et al. v. Jayco Enterprises, Inc., et al. | 09-6896 |
| MSS | 1 | 09-521 | Sinclair L. Mixon, et al. v. Keystone RV Co., et al. | 09-6897 |
| MSS | 1 | 09-522 | Robert Moise Legendre, et al. v. Monaco Coach Corp., et al. | 09-6898 |
| MSS | 1 | 09-523 | Cheryl Andrews, et al. v. Cavalier Home Builders, LLC, et al. | 09-6899 |
| MSS | 1 | 09-524 | Patricia Antoine, et al. v. Layton Homes Corp., et al. | 09-6901 |
| MSS | 1 | 09-525 | Jacob Joseph Borrouso, et al. v. Coachmen Industries, Inc., et al. | 09-6902 |
| MSS | 1 | 09-526 | Sunshine Augustine, et al. v. Fleetwood Canada, Ltd., et al. | 09-6903 |
| MSS | 1 | 09-528 | Veronica R. Wright, et al. v. DS Corp., et al. | 09-6904 |
| MSS | 1 | 09-529 | Jeffrey Michel Graves, et al. v. Clearspring Conversions, Inc., et al. | 09-6905 |

**MDL No. 1873 - Schedule CTO-15 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC N/5 |
|---|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 09-530 | Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al. | 09-6907 |
| MSS | 1 | 09-531 | Todd Neumann, et al. v. Champion Home Builders Co., et al. | 09-6908 |
| MSS | 1 | 09-532 | Paul Stewart v. Gulf Stream Coach, Inc. | 09-6909 |
| MSS | 1 | 09-533 | Randolph Johnson, et al. v. Fleetwood Enterprises, Inc., et al. | 09-6910 |
| MSS | 1 | 09-534 | Trey Boudreaux, et al. v. Coachman Industries, Inc., et al. | 09-6911 |
| MSS | 1 | 09-535 | Field Barnes, et al. v. Pilgrim International, Inc., et al. | 09-6912 |
| MSS | 1 | 09-536 | Francis Barrett, et al. v. Gulf Stream Coach, Inc., et al. | 09-6913 |
| MSS | 1 | 09-537 | Lillian Triplett, et al. v. Forest River, Inc., et al. | 09-6914 |
| MSS | 1 | 09-538 | Sandra Broussard, et al. v. American Camper Manufacturing, LLC, et al. | 09-6915 |
| MSS | 1 | 09-539 | Krystal Miller, et al. v. Bechtel National, Inc., et al. | 09-6916 |
| MSS | 1 | 09-540 | Leroy Agee, et al. v. Bechtel National, Inc., et al. | 09-6917 |
| MSS | 1 | 09-541 | Christopher Paige, et al. v. Bechtel National, Inc., et al. | 09-6918 |
| MSS | 1 | 09-542 | Steven Cronin, et al. v. Bechtel National, Inc., et al. | 09-6919 |
| MSS | 1 | 09-543 | Lasonya Robinson, et al. v. Bechtel National, Inc., et al. | 09-6920 |
| MSS | 1 | 09-544 | Andrea Jones, et al. v. Bechtel National, Inc., et al. | 09-6921 |
| MSS | 1 | 09-545 | Vicki Haygood, et al. v. Bechtel National, Inc., et al. | 09-6922 |
| MSS | 1 | 09-547 | Christopher Noble, et al. v. Bechtel National, Inc., et al. | 09-6923 |
| MSS | 1 | 09-548 | Bernice Thompson, et al. v. Bechtel National, Inc., et al. | 09-6924 |
| MSS | 1 | 09-549 | Theresa Burge, et al. v. Bechtel National, Inc., et al. | 09-6925 |
| MSS | 1 | 09-550 | Terriannetta Brown, et al. v. Bechtel National, Inc., et al. | 09-6926 |
| MSS | 1 | 09-551 | Sandra Dieugene, et al. v. Bechtel National, Inc., et al. | 09-6927 |
| MSS | 1 | 09-552 | Tiffinie Barnes, et al. v. Bechtel National, Inc., et al. | 09-6928 |
| MSS | 1 | 09-555 | Lowell Mitchell, et al. v. Bechtel National, Inc., et al. | 09-6929 |
| MSS | 1 | 09-558 | Toksim Wosk, et al. v. Bechtel National, Inc., et al. | 09-6930 |
| MSS | 1 | 09-559 | Charlotte Bell, et al. v. Bechtel National, Inc., et al. | 09-6931 |
| MSS | 1 | 09-561 | Kaunda Bradley, et al. v. Bechtel National, Inc., et al. | 09-6932 |
| MSS | 1 | 09-562 | James Lewis, et al. v. Bechtel National, Inc., et al. | 09-6933 |
| MSS | 1 | 09-563 | Ida Anderson, et al. v. Bechtel National, Inc., et al. | 09-6935 |
| MSS | 1 | 09-564 | Mary Crocker, et al. v. Silver Creek Homes, Inc., et al. | 09-6936 |
| MSS | 1 | 09-565 | Willie Powell, et al. v. Bechtel National, Inc., et al. | 09-6937 |
| MSS | 1 | 09-566 | Ronnie Hall, et al. v. Redman Homes, Inc., et al. | 09-6938 |
| MSS | 1 | 09-567 | Antavia McDonald, et al. v. Bechtel National, Inc., et al. | 09-6939 |
| MSS | 1 | 09-568 | Joseph Prima, et al. v. Bechtel National, Inc., et al. | 09-6940 |
| MSS | 1 | 09-569 | Jamie Lee, et al. v. Bechtel National, Inc., et al. | 09-6941 |
| MSS | 1 | 09-570 | Alijha Brown, et al. v. Dutchmen Manufacturing, Inc., et al. | 09-6942 |
| MSS | 1 | 09-571 | Robert Burrows, et al. v. Bechtel National, Inc., et al. | 09-6943 |
| MSS | 1 | 09-572 | Marvin Lott, et al. v. Gulf Stream Coach, Inc., et al. | 09-6944 |
| MSS | 1 | 09-573 | Thomas Beard, et al. v. Gulf Stream Coach, Inc., et al. | 09-6945 |

**MDL No. 1873 - Schedule CTO-15 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC N/5 |
|---|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 09-574 | William Smith, et al. v. Bechtel National, Inc., et al. | **09-6946** |
| MSS | 1 | 09-575 | Kent Gyins, et al. v. Gulf Stream Coach, Inc., et al. | **09-6947** |
| MSS | 1 | 09-577 | Stherfia Barnes, et al. v. Monaco Coach Corp., et al. | **09-6948** |
| MSS | 1 | 09-578 | Gabriel Bullock, et al. v. Gulf Stream Coach, Inc., et al. | **09-6949** |
| MSS | 1 | 09-579 | Annetta Brown, et al. v. Palm Harbor Homes, Inc., et al. | **09-6950** |
| MSS | 1 | 09-580 | James Johnson, et al. v. Gulf Stream Coach, Inc., et al. | **09-6951** |
| MSS | 1 | 09-582 | Jacqueline Bilbo, et al. v. Patriot Homes, Inc., et al. | **09-6954** |
| MSS | 1 | 09-587 | Wesley Williams, et al. v. Fleetwood Enterprises, Inc., et al. | **09-6955** |
| MSS | 1 | 09-588 | Arthur Long, et al. v. Fleetwood Enterprises, Inc., et al. | **09-6956** |
| MSS | 1 | 09-589 | Ngo Huynh, et al. v. Fleetwood Enterprises, Inc., et al. | **09-6957** |
| MSS | 1 | 09-590 | Timothy Mitchell, et al. v. Keystone RV Co., et al. | **09-6958** |
| MSS | 1 | 09-591 | Vida Anderson, et al. v. Pilgrim International, Inc., et al. | **09-6959** |
| MSS | 1 | 09-592 | Jackie Bosarge, et al. v. KZRV, LP, et al. | **09-6960** |
| MSS | 1 | 09-593 | Jeanne Badeaux, et al. v. American Camper Manufacturing, LLC, et al. | **09-6961** |
| MSS | 1 | 09-594 | Krista Rhodes, et al. v. Lakeside Park Homes, Inc., et al. | **09-6962** |
| MSS | 1 | 09-595 | Susan Baugh, et al. v. Jayco, Inc., et al. | **09-6964** |
| MSS | 1 | 09-597 | Rachel Lee, et al. v. Indiana Building Systems, LLC, et al. | **09-6965** |
| MSS | 1 | 09-598 | Kenneth Rolison, et al. v. Keystone RV Co., et al. | **09-6966** |
| MSS | 1 | 09-601 | Cynthia Acey, et al. v. Gulf Stream Coach, Inc., et al. | **09-6967** |
| MSS | 1 | 09-602 | Kelly L. Peters, et al. v. Gulf Stream Coach, Inc., et al. | **09-6968** |
| MSS | 1 | 09-603 | Jerome Nathaniel Graham, et al. v. Gulf Stream Coach, Inc., et al. | **09-6969** |
| MSS | 1 | 09-604 | Ralph L. Ayers, et al. v. Gulf Stream Coach, Inc., et al. | **09-6970** |
| MSS | 1 | 09-605 | Gwendolyn Lett, et al. v. Gulf Stream Coach, Inc., et al. | **09-6971** |
| MSS | 1 | 09-606 | Deborah Stanley, et al. v. Gulf Stream Coach, Inc., et al. | **09-6972** |
| MSS | 1 | 09-607 | Nelda M. Cunningham, et al. v. Gulf Stream Coach, Inc., et al. | **09-6973** |
| MSS | 1 | 09-608 | Syreeta Rogers, et al. v. Gulf Stream Coach, Inc., et al. | **09-6974** |
| MSS | 1 | 09-609 | Kerry Bridges, et al. v. Gulf Stream Coach, Inc., et al. | **09-6975** |